**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**                                                                 **CASE NO.: 4:05-CR-049-SPM**

**ALVARO SANCHEZ-CARDONA,**

    **Defendant.**
_____/

## ACCEPTANCE OF GUILTY PLEA

**PURSUANT TO** the Report and Recommendation (doc. 24) of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the defendant, **ALVARO SANCHEZ-CARDONA**, to Count One of the indictment is hereby ACCEPTED.  All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this twenty-eighth day of February, 2006.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge

/pao